**Randall Thomas McARTY,**
**Plaintiff–Appellant**

v.

**State of ARKANSAS; Arkansas Department of Correction, Defendants.**

**William Straughn, Mr., Warden, ADC, Tucker Max; Steve Outlaw, Mr., Assistant Warden, ADC, Tucker Max; Williams, Mr., Building Major, ADC, Tucker Max; Callaway, Sergeant of Building, ADC, Tucker Max; Adkins, Sergeant of Building, ADC, Tucker Max, Defendants–Appellees.**

**Katina Owens, Corporal, ADC, Tucker Max; D. Cook, Field Major, ADC, Tucker Max; Jenkins, Mrs., Classification Officer, ADC, Tucker Max, Defendants.**

No. 15–2259.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 24, 2015.

Filed: Dec. 4, 2015.

Randall Thomas McArty, Ouachita River Correctional Unit, Malvern, AR, pro se.

Ka Tina R. Hodge, Attorney General's Office, Little Rock, AR, for Defendant–Appellee.

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Randall McArty appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983

---

1. The Honorable J. Leon Holmes, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.

action in which he claimed that defendants failed to protect him from an attack by another inmate. Upon careful de novo review, *see Paine v. Jefferson Nat. Life Ins. Co.*, 594 F.3d 989, 991–92 (2010), we conclude, for the reasons explained by the district court, that defendants were not deliberately indifferent to a serious risk to McArty's safety, *see Tucker v. Evans*, 276 F.3d 999, 1001 (8th Cir.2002). Accordingly, the judgment of the district court is affirmed. *See* 8th Cir. R. 47B.[2]

---

**2.** We do not consider the dismissal of certain claims and defendants for failure to state a claim and failure to exhaust administrative remedies because McArty did not raise these issues in his brief. *See Jasperson v. Purolator Courier Corp.*, 765 F.2d 736, 740–41 (8th Cir. 1985).

